**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------ X

EMILY WALDMAN, on behalf of          :
herself and all others              :
similarly situated,                 :
                                    :
                Plaintiff,          :
                                    :
        -against-                   :
                                    :
MERIT RECOVERY SYSTEMS, INC.        :
and JAMES MERITHEW,                 :
                                    :
                Defendants.         :
------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/20/2020

No. 18 Civ. 2041 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

On July 23, 2018, Plaintiff attempted to file a request for entry of default against Defendants, neither of whom ever entered an appearance in this action. Two days later, Plaintiff was notified that her filing was in error, and she was directed to refile her request for entry of default. Plaintiff did not refile her request, and this case has remained dormant ever since.

Accordingly, the Court deems Plaintiff to have abandoned her claims and directs the Clerk of Court to close this case.

**SO ORDERED.**

Dated:  New York, New York
        February 20, 2020

                        John F. Keenan
                        United States District Judge